

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00263-CV

STEPHEN PATRICK BLACK, APPELLANT

V.

JONATHAN MICHAEL FLOYD, APPELLEE

On Appeal from the County Court
Lamb County, Texas
Trial Court No. CC-3436, Honorable James M. DeLoach, Presiding

October 16, 2023

ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Stephen Patrick Black, appeals from the trial court's judgment. The clerk's record was originally due August 29, 2023, but was not filed. By letter of September 5, 2023, we notified the trial court clerk that the record was overdue and directed her to advise this Court of the status of the record by September 15. To date, the clerk has neither filed the record nor sought an extension of time to do so.

Accordingly, we abate the appeal and remand the cause to the trial court for further proceedings. *See* TEX. R. APP. P. 35.3(c) ("The trial and appellate courts are jointly

responsible for ensuring that the appellate record is timely filed."); 37.3(a)(2) (requiring appellate courts to "make whatever order is appropriate to avoid further delay and to preserve the parties' rights" when the appellate record is not timely filed). On remand, the trial court shall determine the following:

(1)     what tasks remain to complete the filing of the clerk's record;

(2)     why the clerk has not completed the necessary tasks;

(3)     what amount of time is reasonably necessary for the completion of those tasks; and

(4)     whether the clerk can complete the tasks within the time the trial court finds reasonable.

The trial court is directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental clerk's record and cause that record to be filed with this Court by November 15, 2023.

Should the clerk file the record on or before October 30, 2023, she is directed to immediately notify the trial court of the filing, in writing, whereupon the trial court shall not be required to take any further action.

It is so ordered.

Per Curiam

2